DURNALL, ADMINISTRATOR, *v.* INDIANAPOLIS TRACTION AND TERMINAL COMPANY.

[No. 10,283. Filed February 20, 1920. Rehearing denied April 29, 1920.]

VENUE.—*Refusal of Change.*—Where plaintiff's motion for change of venue from the county was filed in due time, and stated facts sufficient to entitle him to such change, it should have been sustained.

From Marion Superior Court (102,265) ; *Linn D. Hay,* Judge.

Action by John W. Durnall, administrator of the estate of Nancy Justice, deceased, against the Indianapolis Traction and Terminal Company. From a judgment for defendant, the plaintiff appeals. *Reversed.*

*Clarke & Clarke,* for appellant.

McMAHAN, J.—This is an action for damages on account of the wrongful death of appellant's decedent. Appellant filed a verified motion for a change of venue from the county, which was overruled. He also filed a verified application for leave to amend his complaint, which was denied. The court directed a verdict for appellee, and entered a judgment in accordance with the verdict. The appellant's motion for a new trial was overruled.

Appellant's motion for a change of venue was filed in due time, states facts sufficient to entitle him to such change, and should have been sustained. Appellant should also have been given leave to amend his complaint.

Judgment reversed, with directions to sustain the motion for a new trial, and for further proceedings not inconsistent with this opinion.